

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0348

_____

IN THE MATTER OF:

T.G., S.G., and G.B.,

Youths in Need of Care.

FILED

NOV 18 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

_____

Pursuant to Appellant Mother's request for an extension of time to respond to counsel's motion to withdraw, and good cause appearing,

IT IS ORDERED that the Appellant Mother shall have until December 18, 2020, within which to file her response to counsel's motion to withdraw.

DATED this 18 day of November, 2020.

For the Court,

By _____
Chief Justice